UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 20 PM 12: 04

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | '08 MJ 2567 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Federico QUINTANA-Acosta,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **August 18, 2008** within the Southern District of California, defendant, **Federico QUINTANA-Acosta,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **AUGUST 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

8/18/08

CONTINUATION OF COMPLAINT:
Federico QUINTANA-Acosta

## PROBABLE CAUSE STATEMENT

On August 18, 2008, Supervisory Border Patrol Agent W. Sommers was performing his assigned duties in the Campo Border Patrol Station area of operations. At approximately 11:35 PM, Agent Sommers responded to a report of four individuals in the area of Tierra Del Sol Road and Shasta Road in Campo, California. This area is located approximately twenty miles east of the Tecate, California Port of Entry and six miles north of the United States/Mexico International Boundary.

Upon arriving in the area, Agent Sommers found four individuals attempting to conceal themselves as they moved north. Agent Sommers approached the four individuals, including one later identified as defendant **Federico QUINTANA-Acosta**, identified himself as a Border Patrol Agent, and conducted an immigration inspection. All four individuals, including **QUINTANA**, admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. At approximately 11:55 PM, Agent Sommers arrested all four individuals, including **QUINTANA**, and they were transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 28, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**QUINTANA** was given his Miranda rights and he stated that he understood said rights and was willing to answer questions without the presence of his attorney. **QUINTANA** stated that he is a citizen and national of Mexico without any immigration documentation to enter or remain in the United States legally.