1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Quintana-Acosta

7
8                       UNITED STATES DISTRICT COURT
9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        )   Case No. 08mj2567
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      )   **NOTICE OF APPEARANCE**
14 | **FEDERICO QUINTANA-ACOSTA,**     )
                                      )
15 |         Defendant.                )
                                      )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney,
19 in the above-captioned case.

20                                            Respectfully submitted,

21 Dated: August 24, 2008                     *s/ Bridget Kennedy*
                                              Federal Defenders of San Diego, Inc.
22                                            *bridget_kennedy@fd.org*

23
24
25
26
27
28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Quintana-Acosta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2567 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **QUINTANA-ACOSTA,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: August 24, 2008                     *s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail:bridget_kennedy@fd.org